IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. PERELMAN, et al. | : | CIVIL ACTION |
| v. | : | |
| RAYMOND PERELMAN, et al. | : | NO. 09-4792 |

ORDER

AND NOW, this 12th day of February, 2010, upon consideration of Defendant Raymond Perelman's Motion to Dismiss the Amended Complaint (Docket No. 11), Defendant Ronald Perelman's Motion to Dismiss the Amended Complaint (Docket No. 13), the plaintiff's response, and defendant Raymond Perelman's reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motions are DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.