```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JEFFREY E. PERELMAN, et al.    :    CIVIL ACTION
                               :
        v.                     :
                               :
                               :
RAYMOND G. PERELMAN AND        :
RONALD PERELMAN                :    NO. 09-4792
```

ORDER

      AND NOW, this 21st day of December, 2012, upon consideration of the defendant's Motion to Lift the Stay and for Leave to File Amended Answer and Counterclaims (Docket No. 79) and the plaintiff's opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is DENIED in part and GRANTED in part. The Court had previously granted the defendant's motion to lift the stay (Docket No. 80).  It now denies the defendant's motion for leave to file an amended answer with counterclaims.

      IT IS FURTHER ORDERED that the parties shall inform the Court in writing on or before January 9, 2013 how they would like to proceed in this case.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```