```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JEFFREY E. PERELMAN, et al.    :    CIVIL ACTION
                               :
          v.                   :
                               :
                               :
RAYMOND G. PERELMAN            :    NO. 09-4792
```

ORDER

       AND NOW, this 2nd day of May, 2013, upon consideration of the plaintiffs' original motion to dismiss counterclaims (Docket No. 45), the response in opposition, and the reply thereto;

       And also upon consideration of the plaintiffs' renewed motion to dismiss counterclaims and motion for summary judgment on Count I of the Amended Complaint (Docket No. 97), the response in opposition, and the reply thereto;

       IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that:

1)    The plaintiffs' motion to dismiss Raymond G. Perelman's counterclaims is GRANTED.  All of Raymond's counterclaims are hereby dismissed with prejudice.

2)    Count I of the amended complaint, the sole remaining count in this case, is DISMISSED AS MOOT.  In view of

      that decision, the plaintiffs' motion for summary judgment is also DENIED as moot.

3)    The Clerk shall mark this case as closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.